IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00805-WJM-BNB

PINNACLE PHYSICIAN RESOURCE GROUP, LTD., d/b/a The Pinnacle Group, d/ba/ Pinnacle Healthcare Consulting, a Colorado corporation,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF INSPECTOR GENERAL, and
DAVITA INC., a Delaware corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion to Seal** [Doc. # 2] and the **Motion for Permission to File Exhibit H Conventionally** [Doc. # 3] are DENIED for failure meaningfully to comply with D.C.COLO.LCivR 7.1A.  See Hoelzel v. First Select Corp., 214 F.R.D. 634 (D. Colo. 2003).

DATED:  April 21, 2011